UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1644**

Eakin v. Adams County Board of Elections
(W.D. Pa. No. 1:22-cv-00340)

**ORDER**

      To facilitate electronic filing for larger groups of parties represented by the same attorney, the first named party in each group will be the designated filer, as follows:

> For all parties represented by Elizabeth A. Dupuis, Esq., or any other attorney from the law firm of Babst Calland, the designated filer shall be Bedford County Board of Elections.

Counsel is advised that the designated filer is for cm/ecf filing purposes only. Names of all represented parties must be listed on all forms, motions, and briefs. Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: April 3, 2025
CJG/cc:      All Counsel of Record