# IN THE THIRD CIRCUIT COURT OF APPEALS

Docket No. 25-1644

Bette Eakin, et al.,

v.

Adams County Board of Elections, et al.

### Motion for Withdrawal of Appearance

To the Prothonotary:

Kindly withdraw my appearance on behalf of Appellee, Philadelphia County Board of Elections, in the above-captioned matter.

/s/ *Zachary Strassburger*
Zachary Strassburger, Esq.
Senior Attorney, Compliance
Attorney I.D. No. 313991
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595
Zachary.strassburger@phila.gov

Date: April 7, 2025