

# COUNTY OF LEHIGH
### Department of Law

**David M. Backenstoe**
**County Solicitor**

Deputy County Solicitors:
Eman H. Jarrah
Sarah M. Murray
Assistant Solicitors:
Samuel E. Cohen
E. Keller Kline, III
Joseph F. Leeson, III
Joshua S. Mazin
Lucas J. Repka
Catharine M. Roseberry
Stuart T. Shmookler
Charles F. Smith, Jr.

April 17, 2025

Patricia S. Dodszuweit, Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Bette Eakin, et al. vs. Adams County Board of Elections, et al.; Case number 25-1644

Attn: Tina, case manager - via e-filing

Dear Ms. Dodszuweit:

In accordance with the Court's opening case information, dated April 3, 2025, please be advised that Appellee Lehigh County Board of Elections will not be participating in this appeal.

Thank you.

Very truly yours,

Catharine M. Roseberry
Assistant Solicitor
County of Lehigh
Attorney ID# 40199

cc: counsel of record
CMR/moi

*Lehigh County Government Center*
*17 S. Seventh Street*
*Allentown, Pennsylvania 18101-2401*
*Phone: 610-782-3180*
*Fax: 610-871-2796*

Printed on recycled paper.