UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1644**

Eakin v. Adams County Board of Elections
(W.D. Pa. No. 1:22-cv-00340)

**ORDER**

Appellants' motion to expedite the appeal is granted at the direction of the Court. The Court does not adopt the proposed briefing schedule. Instead, briefing shall proceed as follows in order to accommodate the Court's calendar:

- Appellants' opening brief and the joint appendix must be filed on or before 12:00 p.m. on May 6, 2025.
- Appellees' briefs must be filed on or before 12:00 p.m. on June 4, 2025.
- Appellants' reply brief must be filed on or before 12:00 p.m. on June 11, 2025.

Appellees should avoid filing repetitive briefs and are encouraged to join in briefs or adopt parts by reference. See Fed. R. App. P. 28(i). Appellants shall file one reply brief. See Fed. R. App. P. 3(b)(1).

The case will be scheduled for disposition during the week of June 29, 2025.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 21, 2025
tmk/cc: all counsel of record