OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 22, 2025

Louis J. Capozzi III
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

John M. Gore
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

RE: Bette Eakin, et al v. Adams County Board of Elections, et al
Case Number: 25-1644
District Court Case Number: 1:22-cv-00340

Dear Counsel:

Pursuant to our docketing letter dated **April 3, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Concise Summary of the Case**
**Information Statement**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Tina

Case Manager
267-299-4930

tmk/cc:
Omeed Alerasool, Esq.
Michael P. Barbera, Esq.
William G. Barbin, Esq.
Brian H. Benjet, Esq.
Adam C. Bonin, Esq.
Keith O. Brenneman, Esq.
Jeffrey D. Bukowski, Esq.
Thomas A. Burkhart, Esq.
Keith A. Button, Esq.
Anthony V. Clarke, Esq.
Daniel J. Cohen, Esq.
Joseph M. Cosgrove, Esq.
Elizabeth A. Dupuis, Esq.
Ilana H. Eisenstein, Esq.
Jonelle H. Eshbach, Esq.
Ben C. Fabens-Lassen, Esq.
Amy Fitzpatrick, Esq.
James J. Fitzpatrick III, Esq.
Colleen M. Frens, Esq.
Christopher P. Furman, Esq.
Robert E. Grimm, Esq.
Melissa A. Guiddy, Esq.
Frank J. Lavery Jr., Esq.
Kenneth R. Levitzky, Esq.
Michael Libuser, Esq.
Marc F. Lovecchio, Esq.
John Marlatt, Esq.
Faith Mattox-Baldini, Esq.
Rebecca A. McCullough, Esq.
Richard A. Medina, Esq.
Jennifer Menichini, Esq.
Lisa G. Michel, Esq.
Lawrence J. Moran Jr., Esq.
Molly R. Mudd, Esq.
Uzoma N. Nkwonta, Esq.
Andrew W. Norfleet, Esq.
Benjamin E. Orsatti, Esq.
J. Manly Parks, Esq.
Michael W. Pfautz, Esq.
Glenn Roth Jr., Esq.
Richard E. Santee, Esq.
Nathaniel J. Schmidt, Esq.

Gary L. Sweat, Esq.
Thomas S. Talarico, Esq.
Jessica L. Vanderkam, Esq.
Nicole E. Wittstein, Esq.
Donald K. Zagurskie, Esq.
Walter S. Zimolong III, Esq.