OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

April 22, 2025

Omeed Alerasool
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Michael P. Barbera
Barbera Melvin Svonavec & Sperlazza
146 W Main Street
P.O. Box 775
Somerset, PA 15501

William G. Barbin
Penn Traffic Building
Suite 350
Johnstown, PA 15901

Brian H. Benjet
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Adam C. Bonin
121 S Broad Street
Suite 400
Philadelphia, PA 19107

Keith O. Brenneman
Snelbaker & Brenneman
44 W Main Street
Mechanicsburg, PA 17055

Jeffrey D. Bukowski
Smith Bukowski
1050 Spring Street

Suite 1
Wyomissing, PA 19610

Thomas A. Burkhart
McNerney Page Vanderlin & Hall
433 Market Street
P.O. Box 7
Williamsport, PA 17701

Keith A. Button
Shafer Law Firm
890 Market Street
Meadville, PA 16335

Anthony V. Clarke
The Clarke Firm
204 Bolivar Drive
Bradford, PA 16701

Daniel J. Cohen
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Joseph M. Cosgrove
Selingo Guagliardo
345 Market Street
Kingston, PA 18704

Elizabeth A. Dupuis
Babst Calland
330 Innovation Boulevard
Suite 302
State College, PA 16803

Ilana H. Eisenstein
DLA Piper
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, PA 19103

Jonelle H. Eshbach
York County Solicitors Office
28 E Market Street

2nd Floor
York, PA 17401

Ben C. Fabens-Lassen
DLA Piper
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067

Amy Fitzpatrick
Bucks County Law Department
55 E Court Street
5th Floor
Doylestown, PA 18901

James J. Fitzpatrick III
Zimolong
P.O. Box 552
Villanova, PA 19085

Colleen M. Frens
Office of Solicitor of Chester County
313 W Market Street
Suite 6702
West Chester, PA 19380

Christopher P. Furman
Gabriel Fera
1010 Western Avenue
Suite 200
Pittsburgh, PA 15233

Robert E. Grimm
Grimm Lawyers
P.O. Box 430
Smithfield, PA 15478

Melissa A. Guiddy
2 N Main Street
Suite 103
Greensburg, PA 15601

Frank J. Lavery Jr.
Lavery Law
225 Market Street
Suite 304

Harrisburg, PA 17101

Kenneth R. Levitzky
125 Churchill Street
P.O. Box 489
Dushore, PA 18614

Michael Libuser
Babst Calland
300 N 2nd Street
Suite 801
Harrisburg, PA 17101

Marc F. Lovecchio
Campana Lovecchio & Morrone
602 Pine Street
Williamsport, PA 17701

John Marlatt
Montgomery County Office of Solicitor
One Montgomery Plaza, Suite 800
P.O. Box 311
Norristown, PA 19404

Faith Mattox-Baldini
Office of Solicitor of Chester County
313 W Market Street
Suite 6702
West Chester, PA 19380

Rebecca A. McCullough
Lavery Law
225 Market Street
Suite 304
Harrisburg, PA 17101

Richard A. Medina
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Jennifer Menichini
Joyce Carmody & Moran
9 N Main Street
Suite 4

Pittston, PA 18640

Lisa G. Michel
Allegheny County Law Department
445 Fort Pitt Boulevard
3rd Floor
Pittsburgh, PA 15219

Lawrence J. Moran Jr.
Joyce Carmody & Moran
9 N Main Street
Suite 4
Pittston, PA 18640

Molly R. Mudd
Adams County Office of Solicitor
117 Baltimore Street
Gettysburg, PA 17325

Uzoma N. Nkwonta
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Andrew W. Norfleet
Lavery Law
225 Market Street
Suite 304
Harrisburg, PA 17101

Benjamin E. Orsatti
Gabriel Fera
1010 Western Avenue
Suite 200
Pittsburgh, PA 15233

J. Manly Parks
Duane Morris
30 S 17th Street
Philadelphia, PA 19103

Michael W. Pfautz
City of Philadelphia
Law Department
1515 Arch Street

15th Floor
Philadelphia, PA 19102

Glenn Roth Jr.
Schuylkill County Office of Solicitor
401 N Second Street
Pottsville, PA 17901

Richard E. Santee
Northampton County Office of the Solicitor
669 Washington Street
Easton, PA 18042

Nathaniel J. Schmidt
Schmidt Law Firm
315 Sedon Avenue
P.O. Box 746
Suite 704
Warren, PA 16365

Gary L. Sweat
Schnader Harrison Segal & Lewis
8 E Pine Street
Washington, PA 15301

Thomas S. Talarico
Talarico & Niebauer
510 Cranberry Street
Suite 301
Erie, PA 16507

Jessica L. Vanderkam
Stuckert & Yates
2 N State Street
P.O. Box 70
Newtown, PA 18940

Nicole E. Wittstein
Elias Law Group
250 Massachusetts Avenue NW
Suite 400
Washington, DC 20001

Donald K. Zagurskie
Johnston & Zagurskie
117 Main Street

P.O. Box O
Mifflin, PA 17058

Walter S. Zimolong III
Zimolong
P.O. Box 552
Villanova, PA 19085

RE: Bette Eakin, et al v. Adams County Board of Elections, et al
Case Number: 25-1644
District Court Case Number: 1:22-cv-00340

Dear Counsel:

Pursuant to our docketing letter dated **April 3, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Tina
Case Manager
267-299-4930

tmk/cc:
Louis J. Capozzi III, Esq.
John M. Gore, Esq.