OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 22, 2025

| | |
|---|---|
| Omeed Alerasool, Esq. | Walter S. Zimolong III, Esq. |
| Michael P. Barbera, Esq. | Donald K. Zagurskie, Esq. |
| William G. Barbin, Esq. | Nicole E. Wittstein, Esq. |
| Brian H. Benjet, Esq. | Jessica L. Vanderkam, Esq. |
| Adam C. Bonin, Esq. | Thomas S. Talarico, Esq. |
| Keith O. Brenneman, Esq. | Gary L. Sweat, Esq. |
| Jeffrey D. Bukowski, Esq. | Nathaniel J. Schmidt, Esq. |
| Thomas A. Burkhart, Esq. | Richard E. Santee, Esq. |
| Keith A. Button, Esq. | Glenn Roth Jr., Esq. |
| Louis J. Capozzi III, Esq. | Michael W. Pfautz, Esq. |
| Anthony V. Clarke, Esq. | J. Manly Parks, Esq. |
| Daniel J. Cohen, Esq. | Benjamin E. Orsatti, Esq. |
| Joseph M. Cosgrove, Esq. | Andrew W. Norfleet, Esq. |
| Elizabeth A. Dupuis, Esq. | Uzoma N. Nkwonta, Esq. |
| Ilana H. Eisenstein, Esq. | Molly R. Mudd, Esq. |
| Jonelle H. Eshbach, Esq. | Lawrence J. Moran Jr., Esq. |
| Ben C. Fabens-Lassen, Esq. | Lisa G. Michel, Esq. |
| Amy Fitzpatrick, Esq. | Jennifer Menichini, Esq. |
| James J. Fitzpatrick III, Esq. | Richard A. Medina, Esq. |
| Colleen M. Frens, Esq. | Rebecca A. McCullough, Esq. |
| Christopher P. Furman, Esq. | Faith Mattox-Baldini, Esq. |
| John M. Gore, Esq. | John Marlatt, Esq. |
| Robert E. Grimm, Esq. | Marc F. Lovecchio, Esq. |
| Melissa A. Guiddy, Esq. | Michael Libuser, Esq. |
| Frank J. Lavery Jr., Esq. | Kenneth R. Levitzky, Esq. |

RE: Bette Eakin, et al v. Adams County Board of Elections, et al
Case Number: 25-1644
District Court Case Number: 1:22-cv-00340

Dear Counsel:

The above-entitled case has been listed for disposition **during the week of June 29, 2025** and will be scheduled for a specific date after briefing has been completed.

At the time that the Court schedules a specific disposition date, the panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Khadija
Calendar Clerk
267-299-4914