

April 24, 2025

**FILED WITH THE COURT'S ECF SYSTEM**

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

    **Re:**    Re: Bette Eakin, et al. v. Adams County Board of Elections, et al.
                  Case Number 25-01644

Attn: Tina, case manager – via e-filing

Dear Ms. Dodszuweit:

    In accordance with the Court's opening case information, dated April 3, 2025, please be advised that the Berks County Board of Elections will not be participating in this appeal.

    Thank you.

                                           Respectfully submitted,

                                           SMITH BUKOWSKI, LLC

                                           Jeffrey D. Bukowski

JDB/aem

cc:    Counsel for all parties through the Court's ECF System