

DAVID J SELINGO, ESQ*
CARL J GUAGLIARDO, ESQ*
JOSEPH M COSGROVE†
DONALD C LIGORIO, ESQ
SCHAWN-PAUL ROTELLA, ESQ‡
KAITLIN R HUMENANSKY, ESQ§

DAVID W SABA, ESQ*‖
LOUIS S SCIANDRA, ESQ‖

May 24, 2025

**FILED VIA ECF**

Patricia S. Dodszuweit
Clerk
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106-1790

    Re: Eakin, et al. v. Adams County Board of Elections, et al., No. 25-01644

Dear Ms. Dodszuweit:

Pursuant to the Court's directive of April 3, 2025, please be advised that the Luzerne County Board of Elections and Registration does not intend to participate in the present appeal unless further directed by the Court.

Respectfully submitted,

Joseph M Cosgrove
Counsel for Luzerne County
Board of Elections and Registration

cc: all parties and counsel via ECF only

345 MARKET ST KINGSTON PA 18704
116 N WASHINGTON AVE, 3RD FLOOR, SCRANTON, PA 18503 | 5 E MARKET ST STE 236 CORNING NY 14830
T 570.287.2400 • F 570.287.6810 | GETYOURSELFAGOODLAWYER.COM

*CERTIFIED CIVIL TRIAL ADVOCATES BY NATIONAL BOARD OF TRIAL ADVOCACY, A PENNSYLVANIA SUPREME COURT ACCREDITED AGENCY
†RETIRED JUDGE OF COMMONWEALTH COURT AND THE COURT OF COMMON PLEAS; ‡MEMBER OF NJ, NY, PA BAR; §MEMBER OF NJ, PA BAR; ‖OF COUNSEL