**No. 25-1644**

In the United States Court of Appeals
for the Third Circuit

———

BETTE EAKIN, *et al.*,

*Plaintiff-Appellees*

*v.*

ADAMS COUNTY BOARD OF ELECTIONS, *et al.*,

*Defendant-Appellees*

REPUBLICAN NATIONAL COMMITTEE, et al.,

*Intervenor-Defendant-Appellants.*

**On Appeal from the United States District Court for the
Western District of Pennsylvania
No. 1:22-cv-340 (Baxter, J.)**

**INTERVENOR-DEFENDANTS-APPELLANTS' RESPONSE TO
THE COMMONWEALTH OF PENNSYVANIA'S MOTIONS TO
INTERVENE AND FOR A STAY PENDING APPEAL**

Thomas E. Breth
Thomas W. King, III
DILLON MCCANDLESS KING
COULTER & GRAHAM
128 W Cunningham Street
Butler, PA 16001
tbreth@dmkcg.com
tking@dmkcg.com


Kathleen A. Gallagher
GALLAGHER FIRM
436 Seventh Avenue
30th Floor
Pittsburgh, PA 15219
Phone: 412-308-5512
kag@gallagherlawllc.com

John M. Gore
E. Stewart Crosland
Louis J. Capozzi, III
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com



*Counsel for Intervenor-Appellants*

**RESPONSE TO COMMONWEALTH OF PENNSYLVANIA'S MOTIONS
TO INTERVENE AND FOR A STAY PENDING APPEAL**

Intervenor-Appellants Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania consent to the Commonwealth of Pennsylvania's motion to intervene.  *See* ECF No. 52.

Intervenor-Appellants do not oppose the Commonwealth's motion for a stay pending appeal.  Although Intervenor-Appellants have not to date sought a stay of the District Court's order, *see id.* 6-7 & n.5, they reserved the right to do so in their motion to expedite.  *See* ECF No. 35 at 6 n.2.  Intervenor-Appellants continue to reserve the right to seek a stay pending appeal.  *See id.*

April 29, 2025

Respectfully submitted,

*s/John M. Gore*

John M. Gore
*Counsel of Record*

Thomas E. Breth
Thomas W. King, III
DILLON MCCANDLESS KING
COULTER & GRAHAM
128 W Cunningham Street
Butler, PA 16001
tbreth@dmkcg.com
tking@dmkcg.com

Kathleen A. Gallagher
GALLAGHER FIRM
436 Seventh Avenue
30th Floor
Pittsburgh, PA 15219
Phone: 412-308-5512
kag@gallagherlawllc.com

E. Stewart Crosland
Louis J. Capozzi, III
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendant-Appellants*

## COMBINED CERTIFICATIONS

1.  Pursuant to Third Circuit L.A.R. 28.3(d), at least one of the attorneys whose names appear on this motion is a member in good standing of the bar of this Court.

2.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 90 words, excluding the parts of the documented exempted by Fed. R. App. P. 32(f).

3. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in a 14-point proportionally spaced typeface (Times New Roman) using Microsoft Word.

4. That on April 29, 2025, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF System, and all counsel of record in this case is a Filing User who will receive notice of such filing.

Dated: April 29, 2025                          /s/ John M. Gore
                                               John M. Gore