

PITTSTON
9 N. Main St., Suite 4
Pittston, PA 18640

PHONE: (570) 602-3560
FAX: (570) 602-3561
www.joycecarmody.com

JENNIFER MENICHINI
EMAIL: JM@JOYCECARMODY.COM

April 29, 2025

**VIA ELECTRONIC CASE FILING**
Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

  **Re:**  **Eakin et al. v. Adams County Board of Elections, et al., No. 25-01644**

Dear Ms. Dodszuweit:

   Pursuant to the Court's April 3, 2025 case opening letter, please allow this correspondence to serve as written notice that Appellee, Lackawanna County Board of Elections, will not be participating in the above-referenced appeal unless further directed by this Honorable Court.

   Please do not hesitate to contact me with any questions or concerns.

      Very truly yours,

      *Jennifer Menichini*

      Jennifer Menichini

JM/bab
cc:  All Parties and Counsel (via ECF)