

**Elizabeth A. (Betsy) Dupuis**
**Attorney at Law**
T: 814.883.4117
bdupuis@babstcalland.com

May 6, 2025

**VIA COURT'S CM/ECF SYSTEM**

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

    Re:    Bette Eakin, et al. v. Adams County Board of Elections, et al.
                Court of Appeals Docket No. 25-1644

Dear Ms. Dodszuweit:

      We represent Defendants Bedford County Board of Elections, Carbon County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Jefferson County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Monroe County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Snyder County Board of Elections, and Venango County Board of Elections in the above-referenced matter.

      Pursuant to the Court's April 3, 2025 Case Opening Letter (Dkt. 1-6), please be advised that the above-named Defendants will not be participating in this appeal.

                                  Respectfully submitted,

                                  BABST, CALLAND, CLEMENTS AND
                                  ZOMNIR, P.C.

                                  By:   /s/
                                       Elizabeth A. (Betsy) Dupuis, Esquire

cc:    All counsel of record via the Court's CM/ECF system