

Christopher P. Furman
cfurman@gabrielfera.com
412.223.5816

May 7, 2025

<u>VIA COURTS CM/ECF SYSTEM</u>
Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

**RE: Bette Eakin, et al. v. Adams County Board of Elections, et al.
Court of Appeals Docket No. 25-1644**

Dear Ms. Dodszuweit:

We represent Defendants Clarion County Board of Elections, Potter County Board of Elections, Susquehanna County Board of Elections, and Tioga County Board of Elections in the above- referenced matter.

Pursuant to the Court's April 3rd, 2025 Case Opening Letter (Dkt, 1-6), please be advised that the above-named Defendants will not be participating in this appeal.

Respectfully Submitted,
GABRIEL FERA, P.C.

By: <u>/s/Christopher P. Furman</u>
Christopher P. Furman, Esq.

cc: All counsel of record via the Court's CM/ECF system

1010 Western Avenue, Suite 200
Pittsburgh, PA 15233
www.gabrielfera.com