No. 25-1644

In the United States Court of Appeals for the Third Circuit

BETTE EAKIN, *et al.*,
    *Plaintiff-Appellees*
v.
ADAMS COUNTY BOARD OF ELECTIONS, *et al.*,
    *Defendant-Appellees*

REPUBLICAN NATIONAL COMMITTEE, et al.,
    *Intervenor-Defendant-Appellants.*

**On Appeal from the United States District Court for the Western District of Pennsylvania, Case No. 1:22-cv-340 (Baxter, J.)**

**INTERVENOR-DEFENDANTS-APPELLANTS' STATEMENT REGARDING ORAL ARGUMENT**

Kathleen A. Gallagher
THE GALLAGHER FIRM, LLC
436 Seventh Ave., 31st Floor
Pittsburgh, PA 15219
(412) 717-1900
kag@gallagherlawllc.com

Thomas W. King, III
Thomas E. Breth
DILLON, MCCANDLESS, KING,
COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA 16001
(724) 283-2200
tking@dmkcg.com
tbreth@gmkcg.com

John M. Gore
(D.C. Bar No. 502057)
  *Counsel of Record*
E. Stewart Crosland
Louis J. Capozzi, III
Benjamin P. Daus
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com
bdaus@jonesday.com

*Counsel for Intervenor-Appellants*

1

## Request for Oral Argument

Pursuant to 3rd Cir. L.A.R. 34.1, Intervenor-Appellants Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania respectfully request that oral argument be granted. This appeal concerns the constitutionality of part of Pennsylvania's election code, and Intervenor-Appellants believe that oral argument will assist the Court in resolution of the case. Intervenor-Appellants respectfully request 20 minutes for each side.

Respectfully submitted,

Dated: May 12, 2025

/s/ John M. Gore
John M. Gore
*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, this Statement Regarding Oral Argument was electronically filed with the Clerk of Court using the appellate CM/ECF system. Service on counsel for all parties in the appeal has been accomplished via notice filed through the CM/ECF system attaching a copy of this filing.

Dated: May 12, 2025                    */s/* John M. Gore
                                                                                              John M. Gore
                                                                                              *Counsel for Appellants*