No. 25-1644

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

BETTE EAKIN, et al.,

*Plaintiffs-Appellees*,

*v.*

ADAMS COUNTY BOARD OF ELECTIONS, et al.,

*Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, et al.,

*Intervenors-Appellants,*

COMMONWEALTH OF PENNSYLVANIA,

*Intervenor-Appellant*.

On Appeal from the United States District Court
for the Western District of Pennsylvania
Case No. 1:22-cv-00340 (Hon. Susan Paradise Baxter)

**PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX AND TO FILE UNDER SEAL**

**LAW OFFICE OF ADAM C. BONIN**
Adam C. Bonin
121 South Broad Street,
Suite 400
Philadelphia, PA 19107
(267) 242-5014
adam@boninlaw.com

**ELIAS LAW GROUP LLP**
Uzoma N. Nkwonta
*Counsel of Record*
Richard A. Medina
Nicole Wittstein
Daniel J. Cohen
Omeed Alerasool
250 Massachusetts Avenue NW,
Suite 400
Washington, DC 20001
(202) 968-4490
unkwonta@elias.law

*Counsel for Plaintiffs-Appellees*

Plaintiffs-Appellees Bette Eakin, Democratic Senatorial Campaign Committee (DSCC), Democratic Congressional Campaign Committee (DCCC), and American Federation of Teachers (AFT) Pennsylvania (collectively, "Plaintiffs") move for leave to file the enclosed Supplemental Appendix. In support of this motion, Plaintiffs state as follows:

1. Appellants the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania filed their brief and appendix the morning of May 6, 2025. Docs 73, 76. Appellants did so without consulting Plaintiffs as to the contents of the appendix or providing Plaintiffs an opportunity to designate additional portions of the record.

2. Pursuant to this Court's order setting an expedited briefing schedule, Plaintiffs' deadline to file their responsive brief is today, June 4, 2025, by 12:00 p.m. To ensure a complete record, including evidence that was part of the record considered by the district court, and upon which Plaintiffs rely in their responsive brief, Plaintiffs prepared the enclosed Supplemental Appendix.

3. Plaintiffs further move to file Volume 2 of the Supplemental Appendix under seal. Consistent with the district court's order granting

in part Plaintiffs' motion to file under seal, ECF No. 279, Plaintiffs filed a partially redacted expert declaration by Dr. Daniel Hopkins, ECF No. 290 Exhibit I, as well as a Concise Statement of Material Facts redacting references to Dr. Hopkins' conclusions, ECF No. 289. Although these documents were sealed only provisionally, Defendant Lancaster County moved to continue designating the materials "Confidential" and keep them under seal. *See* ECF No. 310. Over Plaintiffs' objection, ECF No. 336, the district court granted the motion, ECF No. 364.

4. Plaintiffs reproduce the redacted versions of ECF No. 289 and ECF No. 290 Ex. I in Volume 1, Supp. App. 21-42, 344-377. But to abide by the district court's ruling below, Plaintiffs respectfully move to maintain Plaintiffs' unredacted Concise Statement of Material Facts, ECF No. 289, and the Expert Declaration of Daniel Hopkins, ECF No. 290 Ex. I, under seal in the Supplemental Appendix, Volume 2.

Because Plaintiffs did not contribute to the appendix filed by Appellants, and because the additional materials in the Supplemental Appendix will assist the Court in its review of this matter, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file the enclosed Supplemental Appendix.

Dated: June 4, 2025

Respectfully submitted,

*s/ Uzoma N. Nkwonta*

Adam C. Bonin (PA # 80929)
**LAW OFFICE OF ADAM C. BONIN**
121 South Broad Street, Suite 400
Philadelphia, PA 19107
(267) 242-5014
adam@boninlaw.com

Uzoma N. Nkwonta (DC # 975323)
Richard A. Medina (DC # 90003752)
Nicole Wittstein (DC # 1725217)
Daniel J. Cohen (DC # 90001911)
Omeed Alerasool (PA # 332873)
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, DC 20001
(202) 968-4490
unkwonta@elias.law
rmedina@elias.law
nwittstein@elias.law
dcohen@elias.law
oalerasool@elias.law

*Counsel for Plaintiffs-Appellees Bette Eakin, DSCC, DCCC, and AFT Pennsylvania*

## Combined Certifications

At least one of the attorneys whose name appears on this brief is a member of the bar of this Court, or has filed an application for admission pursuant to L.A.R. 46.1.

This brief complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 375 words. This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced 14-point serif font (Century Schoolbook) using Microsoft Word.

The text of this electronic brief is identical to the text in paper copies that will be filed with the Court.

Pursuant to 3d Cir. L.A.R. 31.1(c), Sophos Core Agent version 2024.3.2.3.0 has been run on this electronic file and no virus was detected.

Dated: June 4, 2025

*s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

## Certificate of Service

I hereby certify that, on June 4, 2025, this motion and corresponding appendix were electronically filed with the Clerk of Court using the appellate CM/ECF system.

Dated: June 4, 2025

*s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta