UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

BETTE EAKIN, et al.

v.

ADAMS COUNTY
BOARD OF ELECTIONS, et al.

REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE;
REPUBLICAN PARTY OF PENNSYLVANIA,
Appellants

(W.D. Pa. No. 1:22-cv-00340)

To: Clerk

1. Motion by Appellees for Leave to File Supplemental Appendix and to File Under Seal

> Respectfully,
> Clerk/MS

_____ORDER_____

The following is entered at the direction of the Court:

The foregoing motion is denied as presented. The Court grants Appellees leave to file a supplemental appendix; however, Appellees have not shown that the information that they propose to file under seal would result in a clearly defined and serious injury if disclosed. *See Publicker Indus., Inc. v. Cohen*, 733 F.2d 1059, 1071 (3d Cir. 1984) (stating that the party seeking to seal bears the burden of showing that "the material is the kind of information that courts will protect" and that "disclosure will work a clearly defined and serious injury to the party seeking closure."). Therefore, no later than ten days from the date of this order, Appellees shall refile their supplemental appendix on the public docket without sealing or redactions.

For the Court,
s/ Patricia S. Dodszuweit
Clerk

Date:    June 6, 2025
MS/cc:   All counsel/parties of record