No. 25-1644

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

BETTE EAKIN, *et al.*,

*Plaintiffs-Appellees,*

v.

ADAMS COUNTY BOARD OF ELECTIONS, *et al.*,

*Defendants-Appellants.*

Appeal from the United States District Court for the Western District of
Pennsylvania, Case No. 1:22-cv-00340 (Hon. Susan Paradise Baxter)

**MOTION OF PROPOSED AMICI CURIAE OF PENNSYLVANIA
STATE CONFERENCE OF THE NAACP; LEAGUE OF WOMEN
VOTERS OF PENNSYLVANIA; BLACK POLITICAL
EMPOWERMENT PROJECT; POWER INTERFAITH; COMMON
CAUSE PENNSYLVANIA; AND MAKE THE ROAD
PENNSYLVANIA TO SUPPLEMENT THE RECORD OR FOR
OTHER RELIEF**

Stephen Loney (PA 202535)
Kate Steiker-Ginzberg (PA 332236)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA P.O. Box 60173
Philadelphia, PA 19102
sloney@aclupa.org

Ari J. Savitzky
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
asavitzky@aclu.org

*Counsel for Amici Curiae Continued on Inside Cover*

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org

David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

Megan C. Keenan
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 10004
Tel: (202) 457-0800
mkeenan@aclu.org
acepedaderieux@aclu.org

*Counsel for Proposed Amici
Curiae Pennsylvania State
Conference of the NAACP, League
of Women Voters of Pennsylvania,
POWER Interfaith, Common
Cause Pennsylvania, Black
Political Empowerment Project,
and Make the Road Pennsylvania*

# MOTION

Proposed *amici* the Pennsylvania State Conference of the NAACP, the League of Women Voters of Pennsylvania, Black Political Empowerment Project (B-PEP), POWER Interfaith, Common Cause Pennsylvania, and Make the Road Pennsylvania (collectively, the "*PA NAACP* Plaintiffs") are Pennsylvania non-partisan civic groups who are the organizational plaintiffs in a companion case to this one, *Pennsylvania State Conference of the NAACP v. Schmidt*, No. 22 Civ. 339 (W.D. Pa.) ("*PA NAACP*").

*Amici* previously sought intervention in this appeal, *see* Mot., Dkt. 62, and this Court denied intervention without prejudice to their participation as *amici curiae*, *see* Order, Dkt. 70. On June 9, *amici* filed their motion for leave to participate as *amici curiae* (Dkt. 109) and their *amicus curiae* brief (Dkt. 110), which *amici* incorporate by reference here.

The discovery record developed by *amici* in the *PA NAACP* case serves as the basis for the summary judgment records in both *PA NAACP* and in *Eakin*, and thus for the record in this appeal.  *See* Case Mgmt. Order at 2, , *Eakin v. Adams Cty. Bd. of Elections,* No. 22 Civ. 340 (W.D. Pa)*,* ECF No. 227.  Given *amici*'s familiarity with the underlying

1

discovery record, *amici* in their brief focused on the facts in the discovery record that demonstrate the burden imposed on voters from the stringent enforcement of the envelope date requirement, and the lack of state interests to justify the burden. *See generally PA NAACP* Pls.' Amicus Br., Dkt. 110-1.

*Amici* referred in their brief to the Statement of Material Facts ("SMF") filed in conjunction with their pending motion in in the *PA NAACP* case for summary judgment on their own *Anderson-Burdick* claim. *See PA NAACP* Pls.' Amicus Br. at 4 n.2, Dkt. 110-1 (citing Pls.' Rule 56(B)(1) Stmt., *Pa. State Conf. of NAACP v. Schmidt*, No. 22 Civ. 339 (W.D. Pa), ECF No. 401). *Amici* referred to the SMF because it extensively summarizes facts from the common underlying discovery record in this case and *PA NAACP* about voter disenfranchisement due to enforcement of the envelope date. For ease of reference, *amici* also appended the SMF to their brief as an addendum. *See PA NAACP* Pls.' Amicus Br. Addendum, Dkt. 110-2.

After the filing of their brief, *amici* were informed by the Clerk of Court that, in order for the SMF to be included as an addendum, the record in this appeal might need to be supplemented.

2

*Amici* thus hereby move to supplement the record to include the SMF, which was filed on the docket in the companion *PA NAACP* action (No. 22 Civ. 339, ECF No. 401), and which as noted is based on the same underlying discovery record (*i.e.*, documents produced by the counties, interrogatory responses, and deposition transcripts) as in *Eakin*, and which summarizes relevant undisputed facts that pertain to both cases. *See also* Supp. App'x at 21-197, Dkt. 96 (including excerpts of similar document filed in *Eakin* case). These undisputed facts and the same underlying discovery record were also part of the record on appeal in the prior case before this Court arising out of the *PA NAACP* action, *see* Supp. App'x & Sealed Supp. App'x, *Pennsylvania State Conference of the NAACP v. Schmidt*, No. 23-3166, Dkts. 149 & 150.

In the alternative, *amici* ask that their brief simply be accepted with the addendum included for reference without formally supplementing the record on appeal in this case.

Otherwise, *amici* ask that the addendum be struck and their brief be accepted without the addendum, which is otherwise available on the public docket in *PA NAACP*.

The *Eakin* Plaintiffs-Appellees and Adams, Allegheny, Delaware, Crawford, Luzerne, and Erie Counties do not oppose this motion. The RNC Intervenor-Appellants oppose supplementing the record or including the addendum but do not oppose accepting the brief without the addendum. The Commonwealth Intervenor-Appellant states that it "does not concur" with no additional specification. No other party provided their position prior to the filing of this motion.

## CONCLUSION

The *PA NAACP* Plaintiffs respectfully request that this Court grant their motion to participate as *amici curiae* and that it either (1) accept their brief and supplement the record on appeal to include the SMF that was appended thereto as an addendum, or (2) accept their brief with the addendum included for reference, without formally supplementing the record on appeal, or else (3) strike the addendum and accept the brief without it.

Dated: June 11, 2025                    Respectfully submitted,

                                        */s/ Ari J. Savitzky*

Stephen Loney (PA 202535)               Ari J. Savitzky
Kate Steiker-Ginzberg (PA 332236)       Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION          AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA P.O. Box 60173          FOUNDATION
                                        125 Broad Street, 18th Floor

Philadelphia, PA 19102
sloney@aclupa.org

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org

David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
slakin@aclu.org

Megan C. Keenan
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 10004
Tel: (202) 457-0800
mkeenan@aclu.org
acepedaderieux@aclu.org

*Counsel for Proposed Amici
Curiae the Pennsylvania State
Conference of the NAACP,
League of Women Voters of
Pennsylvania, POWER
Interfaith, Common Cause
Pennsylvania, Black Political
Empowerment Project and Make
the Road Pennsylvania*

## COMBINED CERTIFICATIONS

The undersigned is a member of the bar of this Court.

This motion complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains fewer than 5,200 words.

The text of this electronic brief is identical to the text in any paper copies that will be filed with the Court.

A virus detection program, Microsoft Word from the Microsoft Office Professional Plus 2010 suite, has been run on this electronic brief and no virus was detected.


Dated: June 11, 2025                    Respectfully submitted,

                                        _/s/ Ari J. Savitzky_____
                                        Ari J. Savitzky

# CERTIFICATE OF SERVICE

I herby certify that on June 11, 2025, I caused a true and correct copy of the foregoing Motion to be served on all parties via the Court's CM/ECF system.

Dated: June 11, 2025

Respectfully submitted,

*/s/ Ari J. Savitzky*
Ari J. Savitzky