

Wally Zimolong, Esq.
Admitted in PA & NJ
Wally@ZimolongLaw.com

June 12, 2025

**Via ECF**
Office of the Clerk
United States Court of Appeals
 for the Third Circuit
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    Eakin, et al. v. Adams County, et al.
             No. 25-1644

Dear Ms. Dodszuweit:

    I am writing to advise that the Lancaster County Board of Elections and York County Board of Elections will not be participating in this appeal.

                              Respectfully,

                              Wally Zimolong, Esquire