No. 25-1644

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BETTE EAKIN, *et al.*,

*Plaintiffs-Appellees,*

v.

ADAMS COUNTY BOARD OF ELECTIONS, *et al.*,

*Defendants-Appellees*,

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

*Intervenors-Appellants.*

On Appeal from the United States District Court for the Western District of Pennsylvania, Case No. 1:22-cv-340

## MOTION OF THE PENNSYLVANIA DEPARTMENT OF STATE AND SECRETARY OF THE COMMONWEALTH AL SCHMIDT TO PARTICIPATE IN ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the Pennsylvania Department of State and Secretary of the Commonwealth Al Schmidt respectfully seek permission to participate in oral argument as amici curiae in support of plaintiffs-appellees.

Amici consulted with counsel for plaintiffs-appellees who consent to amici sharing the time allotted for plaintiffs-appellees' argument.

In support of this motion, the Department and Secretary state as follows:

The Department of State is Pennsylvania's state-level executive agency responsible for administering elections in the Commonwealth. 71 P.S. § 273. The Department of State is led by the Secretary of the Commonwealth, who is Pennsylvania's Chief Election Official and the foremost authority on Pennsylvania's elections.

On June 4, 2025, the Department and Secretary moved to file an amicus brief in this appeal. The appeal is now scheduled for oral argument on July 1, 2025.

A component of the constitutional question raised in this appeal is whether any purpose is served by disenfranchising voters who fail to write an inconsequential date on the declaration that must be returned with their mail ballot.

As the state-level executive agency responsible for Pennsylvania's elections and as the Commonwealth's top election official, amici have a unique understanding of Pennsylvania's election administration and a unique statewide perspective on how elections are conducted in Pennsylvania. Amici's participation in oral argument will, therefore, help provide

the Court with a clear and accurate account of the relevant date's history and modern-day insignificance.

June 13, 2025

Kathleen A. Mullen (No. 84604)
Pennsylvania Department of State
306 North Office Bldg.
401 North St.
Harrisburg, PA 17120-0500
kamullen@pa.gov
(717) 783-7200

Respectfully submitted,

Michael J. Fischer (No. 322311)

/s *Jacob B. Boyer*

Jacob B. Boyer (No. 324396)
Aimee D. Thomson (No. 326328)
Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov
(717) 460-6786

*Counsel for the Pennsylvania Department of State and Secretary of the Commonwealth Al Schmidt*

## CERTIFICATE OF SERVICE

I, Jacob B. Boyer, hereby certify that a copy of this document has been served on all counsel of record using the Court's CM/ECF system.

June 13, 2025                 /s *Jacob B. Boyer*
                              Jacob B. Boyer
                              *Counsel for the Pennsylvania Department of State and Secretary of the Commonwealth Al Schmidt*