UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

Bette Eakin, et al

v.

Adams County Board of Elections, et al
                                                     Appellants

(W.D. Pa. No. 1:22-cv-00340)

Present: SHWARTZ, FREEMAN and SMITH, Circuit Judges

1. Motion by Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, POWER Interfaith, Common Cause Pennsylvania, Black Political Empowerment Project and Make the Road Pennsylvania to Participate as Amici Curiae

                                             Respectfully,
                                             Clerk/EMA

_____ORDER_____

The foregoing Motion by Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, POWER Interfaith, Common Cause Pennsylvania, Black Political Empowerment Project and Make the Road Pennsylvania to Participate as Amici Curiae is granted.

                                             By the Court,

                                             s/Patty Shwartz
                                             Circuit Judge

Dated: June 16, 2025
MCW/cc: All Counsel of Record