UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

Bette Eakin, et al

v.

Adams County Board of Elections, et al
                                                              Appellants

(W.D. Pa. No. 1:22-cv-00340)

Present: SHWARTZ, FREEMAN and SMITH, Circuit Judges

1. Motion by Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, POWER Interfaith, Common Cause Pennsylvania, Black Political Empowerment Project and Make the Road Pennsylvania to Participate as Amici Curiae

2. Motion by Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, POWER Interfaith, Common Cause Pennsylvania, Black Political Empowerment Project and Make the Road Pennsylvania to Supplement the Record or for Other Relief

                                                        Respectfully,
                                                        Clerk/EMA

_____ORDER_____

The foregoing motions by Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, POWER Interfaith, Common Cause Pennsylvania, Black Political Empowerment Project and Make the Road Pennsylvania to Participate as Amici Curiae and to Supplement the Record is granted.

                                                        By the Court,

                                                       s/Patty Shwartz
                                                       Circuit Judge

Dated: June 16, 2025
MCW/cc: All Counsel of Record