UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

BETTE EAKIN; DSCC; DCCC; AFT PENNSYLVANIA

v.

ADAMS COUNTY BOARD OF ELECTIONS;
ALLEGHENY COUNTY BOARD OF ELECTIONS;
BEAVER COUNTY BOARD OF ELECTIONS; et al.

(W.D. Pa. No. 1:22-cv-00340)

Present: SHWARTZ, FREEMAN, and SMITH, Circuit Judges

1.  Motion by the Pennsylvania Department of State and Secretary of the
    Commonwealth Al Schmidt for Leave to File Amicus Brief;

2.  Motion by Amicus Pennsylvania Department of State and Secretary of the
    Commonwealth Al Schmidt to Participate in Oral Argument

Respectfully,
Clerk/AR

_____ORDER_____

Given the particular role the Pennsylvania Department of State and Secretary of the
Commonwealth Al Schmidt play in elections in the Commonwealth, their motions to
proceed as amicus and to present oral argument are granted.  They shall coordinate with
the Appellees to share the oral argument time allocated to Appellees.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: Wednesday, June 18, 2025
AR/cc: All Counsel of Record