No. 25-1644

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BETTE EAKIN, *et al.,*
*Plaintiff-Appellees,*

v.

ADAMS COUNTY BOARD OF ELECTIONS, *et al.,*
*Defendant-Appellees,*

REPUBLICAN NATIONAL COMMITTEE, *et al.,*
*Intervenor-Defendant-Appellants.*

**On Appeal from the United States District Court
for the Western District of Pennsylvania
Case No. 1:22-cv-340 (Baxter, J.)**

## APPELLEES' AND AMICUS CURIAE'S JOINT MOTION TO REQUEST FOCUSED ISSUES FOR ORAL ARGUMENT

Sean A. Mott, Esq.
Adams County First Assistant
Solicitor
PA Supreme Court ID: 310690
117 Baltimore Street
Gettysburg, PA 17325
(717) 337-5911
samott@adamscountypa.gov

Molly R. Mudd, Esq.
*Counsel of Record*
Adams County Solicitor
PA Supreme Court ID: 63496
117 Baltimore Street
Gettysburg, PA 17325
(717) 337-5911
mmudd@adamscountypa.gov
*Counsel for Defendant-Appellee*

June 24, 2025

*Adams County Board of Elections*

[*Signatures continue on the next page*]

**ELIAS LAW GROUP LLP**
Uzoma N. Nkwonta
   *Counsel of Record*
Richard A. Medina
Nicole Wittstein
Daniel J. Cohen
Omeed Alerasool
250 Massachusetts Avenue NW,
Suite 400
Washington, DC 20001
(202) 968-4490
unkwonta@elias.law

**LAW OFFICE OF ADAM C. BONIN**
Adam C. Bonin
121 South Broad Street,
Suite 400
Philadelphia, PA 19107
(267) 242-5014
adam@boninlaw.com

*Counsel for Plaintiffs-Appellees*

Jacob B. Boyer (No. 324396)
Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov
(717) 460-6786

*Counsel for the Pennsylvania
Department of State and Secretary
of the Commonwealth Al Schmidt*

Appellees Bette Eakin, DSCC, DCCC, AFT Pennsylvania, and the Adams County Board of Elections, along with Amicus Secretary of the Commonwealth Al Schmidt, respectfully move this Court to identify the specific issues it would find most helpful for counsel to address during the oral argument scheduled in this matter on July 1, 2025.

Appellants challenge the District Court's order enjoining enforcement of Pennsylvania's statutory requirement that county election officials discard mail ballots with a missing or incorrect declaration date on the outer envelope (the "date requirement"). The District Court, applying the *Anderson-Burdick* framework, held that the date requirement violated the right to vote under the First and Fourteenth Amendments. This was the only issue the District Court ruled on, following this Court's dispositive ruling on Plaintiff-Appellees' Materiality Provision claim in a related case, *Pa. State Conf. of NAACP Branches v. Sec'y Commonwealth of Pa.*, 97 F.4th 120 (3d Cir. 2024). Appellees Bette Eakin, DSCC, DCCC, and AFT Pennsylvania, along with the Secretary of the Commonwealth as Amicus Curiae, ask the Court to affirm only on these constitutional grounds. Appellee Adams County

Board of Elections seeks affirmance on an alternative ground, pursuant to Pennsylvania's Uniform Unsworn Declarations Act.

The Court has allotted 15 minutes to each side for oral argument. Given the number of parties to this appeal and the complexity of the issues involved, Appellees seek to ensure they allocate time in a way that effectively addresses the Court's questions within the time provided. For that reason, Appellees respectfully request that the Court, to the extent practicable, identify particular issues or legal questions that it would find most helpful for the parties to address at oral argument, including whether it would like to hear argument on the alternative ground for affirmance presented by Appellee Adams County Board of Elections. The purpose of this request is to ensure that oral argument is as focused and productive as possible, assisting the Court and promoting judicial efficiency.

Counsel for Appellants and the Commonwealth have been contacted regarding this motion and do not oppose this request.

## CONCLUSION

For the above reasons, it is requested that the Court issue an order identifying the specific issues it would find most helpful for counsel to address during the oral argument scheduled in this matter on July 1, 2025.

June 24, 2025                          Respectfully submitted,

                                       */s/ Molly R. Mudd*

                                       _____

                                       Molly R. Mudd, Esq.
                                       Adams County Solicitor
                                       PA Supreme Court ID: 63496
                                       117 Baltimore Street
                                       Gettysburg, PA 17325
                                       (717) 337-5911
                                       mmudd@adamscountypa.gov

                                       *Counsel for Defendant-Appellee*
                                       *Adams County Board of Elections*

[*Signatures continue on the next page*]

*s/ Uzoma N. Nkwonta*

Uzoma N. Nkwonta
Richard A. Medina
Nicole Wittstein
Daniel J. Cohen
Omeed Alerasool (PA # 332873)
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW,
Suite 400
Washington, DC 20001
(202) 968-4490
unkwonta@elias.law
rmedina@elias.law
nwittstein@elias.law
dcohen@elias.law
oalerasool@elias.law

Adam C. Bonin (PA # 80929)
**LAW OFFICE OF ADAM C. BONIN**
121 South Broad Street, Suite 400
Philadelphia, PA 19107
(267) 242-5014
adam@boninlaw.com

*Counsel for Plaintiffs-Appellees
Bette Eakin, DSCC, DCCC, and
AFT Pennsylvania*

*s/ Jacob B. Boyer*

Jacob B. Boyer (No. 324396)
Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov
(717) 460-6786

*Counsel for the Pennsylvania
Department of State and Secretary
of the Commonwealth Al Schmidt*

# CERTIFICATE OF SERVICE

I, Molly R. Mudd, hereby certify that a copy of this motion has been served on all counsel of record using the Court's CM/ECF system.


June 24, 2025                                          Respectfully submitted,

                                                      */s/ Molly R. Mudd*

                                                      Molly R. Mudd, Esq.
                                                      *Counsel for Defendant-Appellee*
                                                      *Adams County Board of Elections*