UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

BETTE EAKIN; DSCC;
DCCC; AFT PENNSYLVANIA

v.

ADAMS COUNTY BOARD OF ELECTIONS;
ALLEGHENY COUNTY BOARD OF ELECTIONS; et al.

(W.D. Pa. No. 1:22-cv-00340)

Present: SHWARTZ, FREEMAN and SMITH, Circuit Judges

    Appellee's and Amicus Curiae's Joint Motion to Request Focused Issues for Oral Argument.

                                          Respectfully,
                                          Clerk/AR

_____ORDER_____

The foregoing motion is granted. The Court will hear oral argument on the constitutional issues in this appeal. The Court will not hear oral argument regarding Pennsylvania's Uniform Unsworn Declarations Act.

                                          By the Court,

                                          s/Patty Shwartz
                                          Circuit Judge

Dated: Wednesday, June 25, 2025
AR/cc: All Counsel of Record