# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Docket No. 25-1644

**BETTY EAKIN, et al.**

v.

**ADAMS COUNTY BOARD OF ELECTIONS, et al.**

**MOTION FOR WITHDRAWAL OF APPEARANCE
OF JENNIFER MENICHINI, ESQ.**

To the Prothonotary of this Honorable Court:

    I, Jennifer Menichini, respectfully request to withdraw my appearance on behalf of non-participating Defendant, Lackawanna County Board of Elections, in the above-captioned matter.

    Atty. Lawrence J. Moran, Jr. has previously entered his appearance on behalf of Lackawanna County Board of Elections in this matter. Atty. Moran and the law firm of Joyce, Carmody & Moran, P.C. remain counsel for Lackawanna County Board of Elections.

                                     Respectfully submitted,

                                     *s/ Jennifer Menichini*
                                     Jennifer Menichini, ID No. 200917
                                     **JOYCE, CARMODY & MORAN, P.C.**
                                     9 N. Main Street, Suite 4
                                     Pittston, PA 18640
                                     Phone: 570-602-3560
                                     Fax: 570-602-3561
                                     Email: jm@joycecarmody.com
                                            *Attorneys for Appellant*

DATED: August 1, 2025

## **CERTIFICATE OF SERVICE**

      I, Jennifer Menichini, certify that on this date I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served upon parties and counsel of record via Electronic Case Filing (ECF).

DATED: August 1, 2025

*s/ Jennifer Menichini*
Jennifer Menichini