UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

BETTE EAKIN, et al.

v.

ADAMS COUNTY
BOARD OF ELECTIONS, et al.

REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE;
REPUBLICAN PARTY OF PENNSYLVANIA,
Appellants

(W.D. Pa. No. 1:22-cv-00340)

Present:  SHWARTZ, FREEMAN and SMITH, Circuit Judges

   Emergency Motion by Appellants to Stay Appeal.

                                            Respectfully,
                                            Clerk/TMK

_____ORDER_____
The foregoing motion is DENIED.

                                            By the Court,

                                            s/ D. Brooks Smith
                                            Circuit Judge

Dated: August 25, 2025
tmk/cc: all counsel of record