UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1644

BETTE EAKIN, et al.

v.

ADAMS COUNTY
BOARD OF ELECTIONS, et al.

REPUBLICAN NATIONAL COMMITTEE;
NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE;
REPUBLICAN PARTY OF PENNSYLVANIA,
Appellants

(W.D. Pa. No. 1:22-cv-00340)

**ORDER**

At the direction of the Court, Appellees shall file an answer(s) to the petitions for rehearing filed by the Republican National Committee et al. and the Commonwealth of Pennsylvania within fourteen (14) days of the date of this order.

For the Court,

*Patricia A. Dodszuweit*
PATRICIA S. DODSZUWEIT,
Clerk

Dated: September 18, 2025
tmk/cc: all counsel of record