# JONES DAY

51 LOUISIANA AVENUE, N.W.  •  WASHINGTON, DC  20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

BDAUS@JONESDAY.COM

April 20, 2026

**VIA CM/ECF**

Patricia Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit

> **Re:**  **No. 25-1644,** *Eakin v. Adams County Board of Elections*

Dear Ms. Dodszuweit:

I move respectfully to withdraw as counsel for Intervenor-Appellants Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania, as I am leaving my employment with Jones Day. Remaining counsel of record, including John Gore, will continue to represent Intervenor-Appellants.

Very truly yours,

/s/ Benjamin P. Daus

Cc: all counsel of record (via CM/ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON